UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KRISTINA MAGUIRE,

    Plaintiff,

    v.

PFIZER INC.; VIATRIS INC.; GREENSTONE LLC; PRASCO, LLC d/b/a PRASCO LABS.; PHARMACIA & UPJOHN CO. LLC; and PHARMACIA LLC,

    Defendants.

Case No. 1:25-CV-10057

### MOTION FOR ADMISSION OF COUNSEL RASHANDA C. BRUCE *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of the plaintiff, moves that attorney Rashanda C. Bruce of Robins Kaplan LLP be admitted to practice *pro hac vice* before this Court to represent the plaintiff in the above-captioned action.

In support of this Motion, the undersigned attorney states that the foregoing attorney is counsel for the plaintiff and, as evidenced in the attached Certification, is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar, and has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct, and has

read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: January 8, 2025                                  Respectfully submitted,


                                            *s/ Rebecca A. Bact*
                                            Rebecca A. Bact (BBO# 682411)
                                            ROBINS KAPLAN LLP
                                            800 Boylston Street
                                            Suite 2500
                                            Boston, MA 02199
                                            Tel: (617) 267-2300
                                            Fax: (617) 267-8288
                                            RBact@robinskaplan.com
                                            *Attorney for plaintiff*

## CERTIFICATE OF SERVICE

I, Rebecca A. Bact, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via U. S. mail on non-registered participants.

DATED: January 8, 2025

                                            *s/ Rebecca Bact*
                                            Rebecca Bact

95770027.1